IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS AMERAL,<br><br>            Petitioner,<br><br>     v.<br><br>SUZAN HUBBARD, et al.,<br><br>            Respondents. | CIV S-07-0871 FCD DAD P<br><br>**ORDER** |

On October 10, 2007 respondent requested an extension of time to file a responsive pleading to petitioner's September 10, 2007 amended petition. Good cause appearing, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended to and including November 16, 2007.

DATED: October 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/amer0871.111