IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS C. AMERAL,

    Petitioner,           No. CIV S 07-0871 FCD DAD P

    vs.

SUZAN HUBBARD, et al.,

    Respondents.        <u>ORDER</u>

        /

Petitioner has requested an extension of time to file an opposition to respondents' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 3, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondents' motion to dismiss.

DATED: December 10, 2007.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
amer0871.111opp