IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS C. AMERAL,

        Petitioner,                  No. CIV S-07-0871 FCD DAD P

    vs.

SUZAN HUBBARD, Warden,

        Respondent.              <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed May 20, 2008, are adopted in full; and

2. Respondent's November 9, 2007 motion to dismiss is denied;

3. The Clerk of the Court is directed to refile petitioner's September 10, 2007 amended petition in petitioner's earlier filed case, Case No. CIV S-06-2566 FCD EFB P; and

4. This action is closed.

DATED: July 14, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2